CASTILLE, J., files a concurring opinion at 77 E.D. Appeal Dkt. 92 and concurring statements at 78 and 80 E.D. Appeal Dkts. 92.

### ORDER

PER CURIAM.

AND NOW, this 6th day of February, 1997, it is ordered that the order of the Court of Common Pleas of Philadelphia County is hereby AFFIRMED.

CASTILLE, Justice, concurring.

I join in the majority opinion since it reaches the same conclusion that I reached in my dissenting opinion in this case when the matter was first before the Court in 1994. *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 539 Pa. 108, 116, 650 A.2d 854, 858 (1994) (Flaherty and Castille, JJ., dissenting), *vacated and remanded*, —— U.S. ——, 116 S.Ct. 1821, 134 L.Ed.2d 927 (1996).

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,**

v.

**HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted July 8, 1996.

Decided Feb. 6, 1997.

### ORDER

PER CURIAM.

AND NOW, the order of the Common Pleas Court of Philadelphia County is AFFIRMED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, —— Pa. ——, 689 A.2d 213 (1996)(opinion issued February 6, 1997).

CASTILLE, Justice, concurring.

I join in the *Per Curiam* Order based on my concurring opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, —— Pa. ——, 689 A.2d 213 (1997) (opinion issued February 6, 1997).